IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

SHIRLEY ANN HUBBARD,
    Plaintiff,

v.                                      Civil Action No. 3:18-cv-18

INDEPENDENT CONTAINER LINE, LTD.,
    Defendant.

## ORDER

This matter comes before the Court on its own initiative. The defendant in this case moved to dismiss the plaintiff's complaint in January of 2018. (Dk. No. 2.) The motion contained a proper *Roseboro* notice which informed the plaintiff that she had 21 days to respond. The plaintiff has had months to respond yet has not prosecuted her case by responding to the motions. The Court, therefore, DISMISSES the case WITHOUT PREJUDICE.

Should the plaintiff wish to appeal this Order, she must file written notice of appeal with the Clerk of Court within thirty (30) days of the date of entry. Failure to file a notice of appeal within that period may result in the loss of the right to appeal.

It is so ORDERED.

Let the Clerk send a copy of this Order to the pro se plaintiff via U.S. mail and to all counsel of record.

Date: May 4, 2018
Richmond, Virginia

/s/
John A. Gibney, Jr.
United States District Judge