FILED: November 2, 2018

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 18-1640
(3:18-cv-00018-JAG)

_____

SHIRLEY ANN HUBBARD

    Plaintiff - Appellant

v.

INDEPENDENT CONTAINER LINE, LTD.

    Defendant - Appellee

_____

O R D E R

_____

The court denies the petition for rehearing.

Entered at the direction of the panel: Judge Niemeyer, Judge King, and Senior Judge Hamilton.

For the Court

/s/ Patricia S. Connor, Clerk