FILED: November 13, 2018

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 18-1640
(3:18-cv-00018-JAG)
_____

SHIRLEY ANN HUBBARD

    Plaintiff - Appellant

v.

INDEPENDENT CONTAINER LINE, LTD.

    Defendant - Appellee

_____

M A N D A T E
_____

The judgment of this court, entered September 17, 2018, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

*/s/Patricia S. Connor, Clerk*